

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00061-CV

| | | |
|---|---|---|
| The City of Keller | § | From the 17th District Court |
| | § | of Tarrant County (17-238226-09) |
| v. | | |
| | § | May 1, 2014 |
| | § | Opinion by Justice Dauphinot |
| Kimberlee Diane Meadors Hall and | | |
| A. Thomas Hall | § | Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant The City of Keller shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot